# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

RECEIVED IN
The Court of Appeals
Sixth District

DEC 2 1 2015

Texarkana, Texas
Debra Autrey, Clerk

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 16, 2015

Clerk
Court of Appeals of Texas, Sixth District
Bi-State Justice Building
100 N. State Line Avenue
Texarkana, TX 75501


      Re: Willie F. Jackson
         v. Texas
         No. 15-7365
         (Your No. 06-14-00097-CR)


Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 13, 2015 and placed on the docket December 16, 2015 as No. 15-7365.




        Sincerely,

        Scott S. Harris, Clerk

        by

        Michelle Marshall
        Case Analyst